**FILED**

01/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0503

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause DA 22-0503

SUBSECTOR SOLUTIONS, INC., d/b/a,
TREASURE STATE INTERNET &
TELEGRAPH, INC.,

Plaintiff and Appellant,

v.

CITY OF HELENA

Defendant and Appellee.

## *ORDER FOR DISMISSAL WITH PREJUDICE*

The parties have stipulated through counsel of record to dismiss this matter with prejudice pursuant to and in accordance with, Rules of Appellate Procedure 16(5).

IT IS ORDERED that this matter is dismissed with prejudice. Each side is to bear its own costs and attorney's fees.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 9 2023